IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILBERT NORWOOD STARKS,<br>　　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | ) No. 3:20-cv-03543-G-BT<br>) |
| WADE GENT, et al.,<br>　　　　Defendants. | )<br>)<br>) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The plaintiff filed objections. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error with the Rule 41(b) analysis, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as to the Rule 41(b) conclusion.

　　SO ORDERED

March 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　A. JOE FISH
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge